## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

IN RE:

    CHARLES H. WALLEN

                         Debtor

CASE NO: 05-41705

        (Chapter 13)

JUDGE LAWRENCE S. WALTER

---

### REPORT OF UNCLAIMED FUNDS

---

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 38 | CITIFINANCIAL<br>2314 E DOROTHY LANE<br>DAYTON, OH  45420 | 402.87 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service                          05-41705

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CHARLES H. WALLEN                 HAROLD W WAMPLER I I I          (38.1)
2290 SPAHR ROAD                   1343 WOODMAN DR                 CITIFINANCIAL
XENIA, OH  45385                  STE B                           2314 E DOROTHY LANE
                                  DAYTON, OH  45432               DAYTON, OH  45420

(43.1n)                           (37.1n)                         (44.1n)
ECAST SETTLEMENT CORPORATION      PORTFOLIO RECOVERY ASSOCIATES   US ATTORNEY DAYTON
BOX 35480                         BOX 41067                       602 FEDERAL BUILDING
NEWARK, NJ  07193                 NORFOLK, VA  23541              200 W 2ND ST
                                                                  DAYTON, OH  45402

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      cs

0541705_42_20100111_0748_278/T317_cs
###